# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE WANSLEY,<br><br>    Petitioner,<br><br>vs.<br><br>JIM HALL, Warden,<br><br>    Respondent. | CASE NO. 05cv1638 IEG (LSP)<br><br>**ORDER:**<br><br>**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT [Doc. No. 46]; and**<br><br>**(2) DENYING THE PETITION FOR WRIT OF HABEAS CORPUS [Doc. No. 1].** |

On August 17, 2006, petitioner Eddie Wansley, a state prisoner proceeding through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his March, 2003 conviction for robbery and a sentencing enhancement for using a gun in the commission of a robbery. (Doc. No. 1.) Petitioner claims he received ineffective assistance of counsel and his conviction is not based on sufficient evidence.

This matter was referred to United States Magistrate Leo S. Papas pursuant to 28 U.S.C. § 636(b)(1)(B). On July 28, 2008, Magistrate Judge Papas issued a Report and Recommendation recommending the Court deny the petition for writ of habeas corpus in its entirety because the California Court of Appeal's decision in petitioner's case was not contrary to nor an unreasonable application of federal law. (Doc. No. 46.) Any objections to the Report and Recommendation were due August 29, 2008. Petitioner has not filed any objections as of the date of this Order.

1      Accordingly, the Court ADOPTS the magistrate judge's well-reasoned Report and
2 Recommendation in its entirety, and DENIES the petition for writ of habeas corpus. The Clerk of the
3 Court shall close the case.

5 **IT IS SO ORDERED.**

7 **DATED: September 29, 2008**

                                                               **IRMA E. GONZALEZ, Chief Judge**
                                                                **United States District Court**